UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | 12-CR-567 |
| RICARDO CASTRO-CALDERON, | : | |
| Defendant | : | **ORDER OF REASSIGNMENT** |

It is on this 31st day of December, 2014 on the Court's own motion:

ORDERED that the above entitled matter is hereby reassigned from JUDGE JOSEPH E. IRENAS to JUDGE JOSEPH H. RODRIGUEZ .

  s/ Jerome B. Simandle
**JEROME B. SIMANDLE, CHIEF JUDGE**